UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL HNATIUK,
    Petitioner,

Case No. 06-13880

v.

Honorable Patrick J. Duggan

LLOYD RAPELJE,
    Respondent.
_____/

## **JUDGMENT**

Petitioner Daniel Hnatiuk has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. For the reasons set forth in an Opinion and Order issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the petition for a writ of habeas corpus is **DENIED** and **DISMISSED WITH PREJUDICE.**

                                s/PATRICK J. DUGGAN
                                UNITED STATES DISTRICT JUDGE

Dated: July 8, 2010

Copies to:
Daniel Hnatiuk , 483544
Saginaw Correctional Facility
9625 Pierce Road
Freeland, MI 48623

Laura A. Cook, A.A.G.