UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL HNATIUK,

    Petitioner,

Case No. 06-13880

Honorable Patrick J. Duggan

v.

LLOYD W. RAPELJE,

    Respondent.
_____/

## ORDER DENYING AS MOOT MOTION FOR CERTIFICATE OF APPEALABILITY

This matter is before the Court on Petitioner's motion for a certificate of appealability. Petitioner seeks a certificate of appeability pursuant to 28 U.S.C. § 2253 in order to appeal this Court's decision denying Petitioner's application for a writ of habeas corpus. The Court already denied Petitioner a certificate of appealability in its decision dated July 8, 2010.

Accordingly,

**IT IS ORDERED**, that Petitioner's motion for certificate of appealability is **DENIED AS MOOT**.

DATE: August 9, 2010

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
Daniel Hnatiuk, #483544
Saginaw Correctional Facility
9625 Pierce Road
Freeland, MI 48623
Laura A. Cook, A.A.G.